UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANZAS CORPORATION DBA DHL GLOBAL FORWARDING, AN OHIO CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SOLARJUICE TECHNOLOGY, INC., A DELAWARE CORPORATION, et al.,<br><br>Defendants. | Case No. 24-cv-07045-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 18 |

Plaintiffs report that this case has settled. All previously scheduled deadlines and appearances are vacated. By **March 4, 2025**, the Parties shall file a stipulation of dismissal. If a stipulation of dismissal is not filed by the specified date, then the Parties shall appear on **March 11, 2025, at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the Parties shall file a statement in response to this Order no later than **March 4, 2025**, describing with specificity (1) the Parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor and the minimum amount of time required to finalize the settlement and file the stipulation of dismissal. If a stipulation of dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated, and the Parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: February 4, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge